**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT W. JOHNSON,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:24-cv-337-TFM-MU |
| **VALET AUTO WASH,** | ) ) ) |
| **Defendant.** | ) |

**MEMORANDUM OPINION AND ORDER**

On September 17, 2024, the Magistrate Judge entered a report and recommendation which recommends this action be transferred to the Northern District of New York. *See* Doc. 4. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this action is transferred to the United States District Court for the Northern District of New York pursuant to 28 U.S.C. § 1406(a).

The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** this 29th day of October, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE